NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30427
31-MAY-2011
10:04 AM**

NO. 30427

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS WOODROW CRENSHAW, III,
Plaintiff-Appellee,

vs.

VERESA PARKER CRENSHAW, nka VERESA PARKER,
Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 09-1-2045)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Veresa P. Crenshaw (Appellant) filed a notice of appeal on April 8, 2010; (2) on June 7, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the statement of jurisdiction was due on June 16, 2010, and the opening brief was due on July 17, 2010; (3) this court granted Appellant an extension of time to file the statement of jurisdiction, and Appellant filed the statement of

jurisdiction on July 30, 2010; (4) the court granted Appellant extensions of time to file the opening brief and the opening brief was due on February 15, 2011; (5) Appellant did not file the opening brief; (6) on April 15, 2011, the appellate clerk informed Appellant that: (a) the time to file the opening brief expired; (b) the matter would be brought to the attention of the court on April 25, 2011 for such action as the court deems proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (7) Appellant did not file the opening brief or seek relief from default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaii,  May 31, 2011.

Chief Judge

Associate Judge

Associate Judge